UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ALLEN ALEXANDER, #182285,

                    Petitioner,                    Case No. 15-cv-11364
                                                            Hon. Matthew F. Leitman

v.

BONITA HOFFNER,

                    Respondent.

_____/

**ORDER GRANTING PETITIONER'S MOTION TO AMEND
HIS HABEAS PETITION AND SETTING DEADLINES**

This is a habeas case under 28 U.S.C. § 2254. The matter is before the Court on Petitioner's motion to amend his habeas petition to add a new claim challenging the validity of his sentence, which he asserts was recently exhausted in the state courts. Petitioner has included his supplemental sentencing claim in his motion and supporting brief. The Court has discretion to allow amendment of the habeas petition. See Rule 11, Rules Governing 28 U.S.C. § 2254 Cases; Fed. R. Civ. P. 15(a). Having considered the matter, the Court concludes that Petitioner should be allowed to amend/supplement his petition. Respondent shall file an answer to the supplemental sentencing claim and any additional relevant state court materials by

September 29, 2017.  Petitioner shall then have until November 17, 2017 to file a

reply to that answer, if desired.

      **IT IS SO ORDERED.**

                      s/Matthew F. Leitman
                      MATTHEW F. LEITMAN
                      UNITED STATES DISTRICT JUDGE

Dated:  July 19, 2017


      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 19, 2017, by electronic means and/or ordinary mail.

                      s/Holly A. Monda
                      Case Manager
                      (313) 234-5113