UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ALLEN ALEXANDER, #182285,

        Petitioner,

                      Case No. 15-cv-11364
v.                     Hon. Matthew F. Leitman

BONITA HOFFNER,

        Respondent.
_____/

## JUDGMENT

The above entitled came before the Court on a Petition for a Writ of Habeas Corpus.

In accordance with the Opinion and Order entered on September 27, 2018:

    (1) The Petition for a Writ of Habeas Corpus is DENIED WITH PREJUDICE.

    (2) A Certificate of Appealability is DENIED.

    (3) Petitioner is granted leave to appeal In Forma Pauperis.

                                    DAVID J. WEAVER
                                    CLERK OF COURT


                            By:   s/Holly A. Monda
                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 27, 2018
Flint, Michigan